[Nos. 9332–1–I; 11013–6–I.  Division One.  August 29, 1983.]

JOHN R. BISHOP, ET AL, *Respondents,* v. ROBERT BATES, ET AL, *Appellants.*

ROBERT BATES, ET AL, *Respondents,* v. JAMES E. WILSON, *Appellant.*

Appeals from a judgment of the Superior Court for Whatcom County, No. 54147, Jack S. Kurtz, J., entered

September 10, 1980. *Remanded* by unpublished opinion per Ringold, J., concurred in by Durham, A.C.J., and Williams, J.